## RALPH KING v. STATE

No. 32,887. March 29, 1961

WOODLEY, Presiding Judge, absent.

*Chas. H. Dean,* Plainview, for appellant.

*Leon Douglas,* State's Attorney, Austin, for the state.

ON MOTION FOR REHEARING

MORRISON, Judge.

Our prior opinion is withdrawn.

The offense is embezzlement; the punishment, 2 years.

The indictment in this case is fatally defective because it fails to allege the ownership of the funds which were embezzled. This is a matter of substance and may be raised at any time. See Ryan v. State, 76 Tex. Cr. Rep. 510, 176 S. W. 49; Osborne v. State, 93 Tex. Cr. Rep. 54, 245 S. W. 928; and Martin v. State, 162 S. W. 2d 722.

For the defect pointed out, the judgment is reversed and the prosecution is ordered dismissed.